# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **22-MJ-598** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Rafael GILBERT, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about February 15, 2022, within the Southern District of California, Rafael GILBERT did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Robin Tannehill
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th day of February 2022.

HON. ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE

# STATEMENT OF FACTS

On February 15, 2022, at approximately 9:35 PM, Rafael GILBERT, ("GILBERT"), a United States Citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #5. GILBERT was the driver, sole occupant, and registered owner of a 1999 Ford F-150 ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the exterior spare tire of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from GILBERT. GILBERT stated he was crossing the border to go to Potrero, California and had travelled to Mexico to visit a girlfriend.

Further inspection of the vehicle resulted in the discovery of 47 packages concealed in the rear exterior spare tire of the vehicle, with a total approximate weight of 21.46 kgs (47.31 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

GILBERT was placed under arrest at approximately 10:30 PM.

1

During a post-Miranda interview, GILBERT denied knowledge that the narcotics were in the vehicle. GILBERT stated that he was returning home to Potrero, CA, and that he had been "set-up."

GILBERT was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.